**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: BEBO.COM, INC. § Case No. 2:13-bk-22205-ER
                                                 §
                                                 §
                                                 §
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $560,858.51 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $143,639.23 | | |

      3) Total gross receipts of $704,497.74 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $704,497.74 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $130,873.23 | $130,873.23 | $130,873.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $12,766.00 | $12,766.00 | $12,766.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $695,076.00 | $816,973.67 | $816,973.67 | $560,858.51 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $853,319.40 | $283,048.09 | $283,048.09 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,548,395.40 | $1,243,660.99 | $1,243,660.99 | $704,497.74 |

4) This case was originally filed under chapter 11 on 05/09/2013, and it was converted to chapter 7 on 03/24/2014. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2017    By: /s/ John J. Menchaca
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TURNOVER OF FUNDS FROM DIP | 1290-010 | $704,497.74 |
| **TOTAL GROSS RECEIPTS** | | **$704,497.74** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $38,474.89 | $38,474.89 | $38,474.89 |
| Trustee, Expenses - JOHN J. MENCHACA, TRUSTEE | 2200-000 | NA | $178.20 | $178.20 | $178.20 |
| Accountant for Trustee, Fees - MENCHACA & COMPANY LLP | 3310-000 | NA | $32,607.00 | $32,607.00 | $32,607.00 |
| Accountant for Trustee, Expenses - MENCHACA & COMPANY LLP | 3320-000 | NA | $222.31 | $222.31 | $222.31 |
| Fees, United States Trustee | 2950-000 | NA | $975.00 | $975.00 | $975.00 |
| Bond Payments - BOND | 2300-000 | NA | $427.93 | $427.93 | $427.93 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $1,777.63 | $1,777.63 | $1,777.63 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $35,929.49 | $35,929.49 | $35,929.49 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $2,950.68 | $2,950.68 | $2,950.68 |
| Attorney for Trustee Fees (Other Firm) - ARENT FOX LLP | 3210-000 | NA | $17,330.10 | $17,330.10 | $17,330.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $130,873.23 | $130,873.23 | $130,873.23 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - LESNICK PRINCE & PAPPAS LLP | 6210-160 | NA | $12,766.00 | $12,766.00 | $12,766.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $12,766.00 | $12,766.00 | $12,766.00 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-4P | Internal Revenue Service | 5800-000 | $695,076.00 | $328,235.52 | $328,235.52 | $225,336.13 |
| 4 | Los Angeles County Treasurer and Tax Collector | 5800-000 | | NA | $268.47 | $268.47 | $184.31 |
| 5 | Los Angeles County Treasurer and Tax Collector | 5800-000 | NA | $346.74 | $346.74 | $238.04 |
| 8P-2 | FRANCHISE TAX BOARD | 5800-000 | NA | $235,785.72 | $235,785.72 | $161,868.65 |
| 11P | Employment Development Department | 5800-000 | NA | $165,511.12 | $165,511.12 | $113,624.62 |
| 13 | City and County of San FranciscoTax Collector,Bureau of Delinquent Reven | 5800-000 | NA | $86,826.10 | $86,826.10 | $59,606.76 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$695,076.00** | **$816,973.67** | **$816,973.67** | **$560,858.51** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-4U | Internal Revenue Service | 7100-000 | NA | $127,916.89 | $127,916.89 | $0.00 |
| 2 | Dialoque Communicatins LimitedMaria Wilks/ The Old Chapel | 7100-000 | $28,236.00 | $33,571.36 | $33,571.36 | $0.00 |
| 3 | Layer42 | 7100-000 | $0.00 | $896.25 | $896.25 | $0.00 |
| 6 | Pacific Crest Group | 7100-000 | $5,364.00 | $5,364.00 | $5,364.00 | $0.00 |
| 7 | Google Inc | 7100-000 | $38,000.00 | $42,580.65 | $42,580.65 | $0.00 |
| 8U-2 | FRANCHISE TAX BOARD | 7100-000 | NA | $10,770.90 | $10,770.90 | $0.00 |
| 9 | Melbourne IT DBS Inc Corporation Service Company | 7100-000 | $2,720.00 | $2,720.00 | $2,720.00 | $0.00 |
| 11U | Employment Development Department | 7100-000 | NA | $59,228.04 | $59,228.04 | $0.00 |
| 12 | AOL Advertising Inc.Attn: Tiffany Strelow Cobb Vorys, Sater, Seymour and Pease LLP | 7100-000 | $120,900.00 | $0.00 | $0.00 | $0.00 |
| N/F | 10951 Pico, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | A-American Storage | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Akamai Technologies | 7100-000 | $28,000.00 | NA | NA | NA |
| N/F | American Registry for Internet Numbers | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Anthem Blue Cross | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Aristotle International, Inc. | 7100-000 | $27,500.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Ascendant, Inc | 7100-000 | $40,891.00 | NA | NA | NA |
| N/F | BitGravity | 7100-000 | $5,768.00 | NA | NA | NA |
| N/F | Criterion Capital | 7100-000 | $314,000.00 | NA | NA | NA |
| N/F | Cypress Premium Funding | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | El Camino Technologies | 7100-000 | $8,064.00 | NA | NA | NA |
| N/F | Image Shack | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Impermium Corporation | 7100-000 | $7,500.00 | NA | NA | NA |
| N/F | Jeff Sapiro | 7100-000 | $23,354.78 | NA | NA | NA |
| N/F | LA County Tax Assessor | 7100-000 | $317.00 | NA | NA | NA |
| N/F | Quality Technology Services | 7100-000 | $118,518.62 | NA | NA | NA |
| N/F | Stand Sure Systems | 7100-000 | $950.00 | NA | NA | NA |
| N/F | TeleSign Corporation | 7100-000 | $3,136.00 | NA | NA | NA |
| N/F | Vert Capital Corp. | 7100-000 | $16,000.00 | NA | NA | NA |
| N/F | ZeroCater, Inc. | 7100-000 | $10,629.00 | NA | NA | NA |
| N/F | don jagoda associates, inc. | 7100-000 | $7,800.00 | NA | NA | NA |
| N/F | e-DBA Limited (GBP) | 7100-000 | $43,571.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$853,319.40** | **$283,048.09** | **$283,048.09** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 2:13-bk-22205-ER
**Case Name:** BEBO.COM, INC.

**For Period Ending:** 11/08/2017

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 03/24/2014 (c)
**§ 341(a) Meeting Date:** 05/05/2014
**Claims Bar Date:** 01/31/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TURNOVER OF FUNDS FROM DIP (u) | 0.00 | 704,497.74 | | 704,497.74 | FA |
| 2 | PREFERENCES PAYMENTS (u) | 0.00 | 1.00 | | 0.00 | FA |
| 2 | **Assets    Totals    (Excluding unknown values)** | **$0.00** | **$704,498.74** | | **$704,497.74** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

| | |
|---|---|
| **Case No.:** 2:13-bk-22205-ER | **Trustee Name:** (007950) John J. Menchaca |
| **Case Name:** BEBO.COM, INC. | **Date Filed (f) or Converted (c):** 03/24/2014 (c) |
| | **§ 341(a) Meeting Date:** 05/05/2014 |
| **For Period Ending:** 11/08/2017 | **Claims Bar Date:** 01/31/2017 |

**Major Activities Affecting Case Closing:**

Order On Final Fee Applications Allowing Payment Of: (1) Court And U.S. Trustee Fees; And (2) Final Fees And Expenses Of Trustee And Professionals (BNC-PDF) Signed on 6/15/2017. (Lomeli, Lydia R.) (Entered: 06/15/2017)

Trustee's Final Report was submitted to the UST on April 21, 2017.

REPORTING PERIOD APRIL 1, 2016- MARCH 31, 2017.

Tax Returns:
The estate tax returns were prepared and filed with the IRS and FTB on February 10, 2017.

The Notice to Professionals was served and filed on February 8, 2017.

QUARTERLY REPORT ENDING DECEMBER 31, 2016
This estate is fully administered. Trustee will commence the closing process.

REPORTING PERIOD APRIL 1, 2015- MARCH 31, 2016
The IRS filed an amended claim 2/4/16.  The Trustee's accountant's will review the claim.  The Trustee, Trustee's counsel and the Trustee's accountants will review the remaining claims and then the Trustee will proceed to close the case.

REPORTING PERIOD APRIL 1, 2014 - MARCH 31, 2015

On May 9, 2013 (the "Petition Date"), the Debtor filed a voluntary chapter 11 petition.

On January 14, 2014, an order was entered directing the Debtor to file a Disclosure Statement and Plan or a Motion to Convert the case to a chapter 7 by no later than May 9, 2014.

The Debtor filed a motion to sell substantially all of its assets on June 7, 2013 which the Court approved on July 3, 2013.  The Debtor's assets were sold for $1,010,000.

After the sale, on March 20, 2014, the Debtor filed a Motion to Convert the case to a chapter 7 and on March 24, 2014, an order was entered converting the case to a chapter 7.  John J. Menchaca was duly appointed as the chapter 7 trustee of the Debtor's Estate.

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

| | |
|---|---|
| **Case No.:** 2:13-bk-22205-ER | **Trustee Name:** (007950) John J. Menchaca |
| **Case Name:** BEBO.COM, INC. | **Date Filed (f) or Converted (c):** 03/24/2014 (c) |
| | **§ 341(a) Meeting Date:** 05/05/2014 |
| **For Period Ending:** 11/08/2017 | **Claims Bar Date:** 01/31/2017 |

The Estate currently holds approximately $704,497.74 in cash after interim payments to various estate professionals pursuant to the Court's order prior to the conversion of this case.

Trustee's accountants are analyzing accounting records for preferences payments and for purposes of filing prior year unfiled tax returns. Trustee is working with the Internal Revenue Service to quantify and resolve IRS claim. The Debtor had been filing payroll tax returns under multiple Federal Employer Identification numbers, causing problems in determine the proper IRS claim. The IRS holds the largest claim in the Debtor's Estate.

**Initial Projected Date Of Final Report (TFR):**    12/31/2015    **Current Projected Date Of Final Report (TFR):**    04/21/2017 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/01/2014 | {1} | CHASE | Turnover of DIP account. | 1290-010 | 704,497.74 | | 704,497.74 |
| 04/10/2014 | 101 | INTERNATIONAL SURETIES, LTD | Bond # 016030867 Term 01/04/14 to 01/04/15 | 2300-000 | | 304.80 | 704,192.94 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 945.54 | 703,247.40 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,011.51 | 702,235.89 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 976.39 | 701,259.50 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,109.61 | 700,149.89 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 973.49 | 699,176.40 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,072.70 | 698,103.70 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,037.59 | 697,066.11 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 902.36 | 696,163.75 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,134.88 | 695,028.87 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/08/2015 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2015 FOR CASE #2:13-BK-22205, Bond Number 016030867 Term January 4, 2015 - January 4, 2016 | 2300-000 | | 1,024.69 | 694,004.18 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 998.91 | 693,005.27 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 930.33 | 692,074.94 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,061.81 | 691,013.13 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 993.92 | 690,019.21 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 959.40 | 689,059.81 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,057.18 | 688,002.63 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,022.57 | 686,980.06 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 955.18 | 686,024.88 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,052.62 | 684,972.26 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 985.23 | 683,987.03 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 951.02 | 683,036.01 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,080.78 | 681,955.23 |
| 01/12/2016 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/04/2016 FOR CASE #2:13-BK-22205, Bond #016030867 Term 01/04/2016 - 01/04/2017 - PER LBR 2016-2 | 2300-000 | | 431.91 | 681,523.32 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 945.63 | 680,577.69 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 943.69 | 679,634.00 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,072.50 | 678,561.50 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 940.89 | 677,620.61 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 939.59 | 676,681.02 |
| 06/18/2016 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/18/2016 FOR CASE #2:13-BK-22205, LBR 2016-2 Bond #016030867 Term 01/04/16 to 01/04/17 | 2300-000 | | 16.23 | 676,664.79 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,067.84 | 675,596.95 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 936.79 | 674,660.16 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,064.52 | 673,595.64 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 966.22 | 672,629.42 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 932.67 | 671,696.75 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,027.82 | 670,668.93 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 962.02 | 669,706.91 |
| 01/25/2017 | 105 | INTERNATIONAL SURETIES | Term: 01/04/17 to 01/04/18 Bond #016038067 | 2300-000 | | 427.93 | 669,278.98 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,027.31 | 668,251.67 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 897.10 | 667,354.57 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 991.88 | 666,362.69 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/2017 | 106 | John J. Menchaca | Distribution payment - Dividend paid at 100.00% of $38,474.89; Claim # FEE; Filed: $38,474.89 Per O.E.06/15/2017 | 2100-000 |  | 38,474.89 | 627,887.80 |
| 06/20/2017 | 107 | ARENT FOX LLP | Distribution payment - Dividend paid at 100.00% of $17,319.00; Claim # ; Filed: $17,319.00 Per O.E.06/15/2017 Stopped on 09/21/2017 | 3210-000 |  | 17,319.00 | 610,568.80 |
| 06/20/2017 | 108 | ARENT FOX LLP | Distribution payment - Dividend paid at 100.00% of $11.10; Claim # ; Filed: $11.10 Per O.E.06/15/2017 Stopped on 09/21/2017 | 3210-000 |  | 11.10 | 610,557.70 |
| 06/20/2017 | 109 | MENCHACA & COMPANY LLP | Distribution payment - Dividend paid at 100.00% of $32,607.00; Claim # ; Filed: $32,607.00 Per O.E.06/15/2017 | 3310-000 |  | 32,607.00 | 577,950.70 |
| 06/20/2017 | 110 | MENCHACA & COMPANY LLP | Distribution payment - Dividend paid at 100.00% of $222.31; Claim # ; Filed: $222.31 Per O.E.06/15/2017 | 3320-000 |  | 222.31 | 577,728.39 |
| 06/20/2017 | 111 | JOHN J. MENCHACA, TRUSTEE | Distribution payment - Dividend paid at 100.00% of $178.20; Claim # ; Filed: $178.20 Per O.E.06/15/2017 | 2200-000 |  | 178.20 | 577,550.19 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/2017 | 112 | Franchise Tax Board | Distribution payment - Dividend paid at 100.00% of $2,950.68; Claim # 10-3; Filed: $2,950.68 Per O.E.06/15/2017 | 2820-000 | | 2,950.68 | 574,599.51 |
| 06/20/2017 | 113 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $975.00; Claim # 14; Filed: $975.00 Per O.E.06/15/2017 | 2950-000 | | 975.00 | 573,624.51 |
| 06/20/2017 | 114 | LESNICK PRINCE & PAPPAS LLP | Distribution payment - Dividend paid at 100.00% of $12,766.00; Claim # ; Filed: $12,766.00 Per O.E.06/15/2017 | 6210-160 | | 12,766.00 | 560,858.51 |
| 06/20/2017 | 115 | Internal Revenue Service | Distribution payment - Dividend paid at 68.65% of $328,235.52; Claim # 1-4P; Filed: $328,235.52 Per O.E.06/15/2017 | 5800-000 | | 225,336.13 | 335,522.38 |
| 06/20/2017 | 116 | Los Angeles County Treasurer and Tax Collector | Distribution payment - Dividend paid at 68.65% of $268.47; Claim # 4; Filed: $268.47 Per O.E.06/15/2017 | 5800-000 | | 184.31 | 335,338.07 |
| 06/20/2017 | 117 | Los Angeles County Treasurer and Tax Collector | Distribution payment - Dividend paid at 68.65% of $346.74; Claim # 5; Filed: $346.74 Per O.E.06/15/2017 | 5800-000 | | 238.04 | 335,100.03 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/20/2017 | 118 | FRANCHISE TAX BOARD | Distribution payment - Dividend paid at 68.65% of $235,785.72; Claim # 8P-2; Filed: $235,785.72 Per O.E.06/15/2017 | 5800-000 | | 161,868.65 | 173,231.38 |
| 06/20/2017 | 119 | Employment Development Department | Distribution payment - Dividend paid at 68.65% of $165,511.12; Claim # 11P; Filed: $165,511.12 Per O.E.06/15/2017 | 5800-000 | | 113,624.62 | 59,606.76 |
| 06/20/2017 | 120 | City and County of San FranciscoTax Collector,Bureau of Delinquent Reven | Distribution payment - Dividend paid at 68.65% of $86,826.10; Claim # 13; Filed: $86,826.10 Per O.E.06/15/2017 | 5800-000 | | 59,606.76 | 0.00 |
| 09/21/2017 | 107 | ARENT FOX LLP | Distribution payment - Dividend paid at 100.00% of $17,319.00; Claim # ; Filed: $17,319.00 Per O.E.06/15/2017 Stopped: check issued on 06/20/2017 | 3210-000 | | -17,319.00 | 17,319.00 |
| 09/21/2017 | 108 | ARENT FOX LLP | Distribution payment - Dividend paid at 100.00% of $11.10; Claim # ; Filed: $11.10 Per O.E.06/15/2017 Stopped: check issued on 06/20/2017 | 3210-000 | | -11.10 | 17,330.10 |
| 10/05/2017 | 121 | ARENT FOX LLP | Distribution payment - Dividend paid at 100.00% of $17,319.00; Claim # ; Filed: $17,319.00 Per O.E.06/15/2017 | 3210-000 | | 17,319.00 | 11.10 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 8

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:13-bk-22205-ER | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | BEBO.COM, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4839 | Account #: | ******1766 Checking Account |
| For Period Ending: | 11/08/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/05/2017 | 122 | ARENT FOX LLP | Distribution payment - Dividend paid at 100.00% of $11.10; Claim # ; Filed: $11.10 Per O.E.06/15/2017 | 3210-000 |  | 11.10 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 704,497.74 | 704,497.74 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 704,497.74 | 704,497.74 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$704,497.74** | **$704,497.74** |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:13-bk-22205-ER |
| **Case Name:** | BEBO.COM, INC. |
| **Taxpayer ID #:** | **-***4839 |
| **For Period Ending:** | 11/08/2017 |

| | |
|---|---|
| **Trustee Name:** | John J. Menchaca (007950) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1766 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $704,497.74 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $704,497.74 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******1766 Checking Account | $704,497.74 | $704,497.74 | $0.00 |
| | $704,497.74 | $704,497.74 | $0.00 |

**UST Form 101-7-TDR (10 /1/2010)**